## SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954

(212) 455-2000

FACSIMILE: (212) 455-2502



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 29 2013

DIRECT DIAL NUMBER

212-455-3840

E-MAIL ADDRESS

jtringali@stblaw.com

BY FACSIMILE

April 26, 2013

Re: *Cablevision Systems Corp. v. Viacom International Inc.*, 13 CIV 1278 (LTS) (JLC)

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Dear Judge Swain:

We represent Viacom International and Black Entertainment Television (collectively, "Viacom") in the above-referenced action. In accordance with the March 20, 2013 Stipulation and Order, Viacom intends to move to dismiss the Complaint on May 8, 2013.

We are writing to request that we be permitted to file an opening brief not to exceed thirty-five (35) pages. Plaintiffs do not oppose this request as long as they are likewise permitted to file an opposition brief not to exceed thirty-five (35) pages.

The Complaint alleges four causes of action and includes one hundred seventy paragraphs. Accordingly, an extension of the page limit is warranted to permit Viacom adequately to address these issues.

Respectfully,

Joseph F. Tringali

The extension requests are granted.

**SO ORDERED:**

/s/ 4/29/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Enclosure

cc: Jerome C. Katz
    Mark S. Popofsky

BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES  PALO ALTO  SÃO PAULO  SEOUL  TOKYO  WASHINGTON, D.C.