USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **AUG 1 4 2013**

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

———

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER

212-455-3840

E-MAIL ADDRESS

jtringali@stblaw.com

BY FACSIMILE                                  August 13, 2013

Re:   *Cablevision Systems Corp. v. Viacom
International Inc.*, 13 CIV 1278 (LTS) (JLC)

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY  10007

Dear Judge Swain:

We represent Viacom International and Black Entertainment Television (collectively, "Viacom") in the above-referenced action.  In accordance with the May 16, 2013 scheduling order, Viacom intends to move to dismiss Cablevision's Amended Complaint on August 23, 2013.

We are writing to request that we be permitted to file an opening brief not to exceed forty (40) pages.  Plaintiffs do not oppose this request as long as they are likewise permitted to file an opposition brief not to exceed forty (40) pages.

The Amended Complaint alleges four causes of action and includes one hundred ninety-eight paragraphs.  Accordingly, an extension of the page limit is warranted to permit Viacom to address adequately these issues.

Respectfully,

Joseph F. Tringali

*The requested page limit extensions are granted.*

**SO ORDERED:**

8/14/13

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Enclosure

cc:   Jerome C. Katz
Mark S. Popofsky

BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES  PALO ALTO  SÃO PAULO  SEOUL  TOKYO  WASHINGTON, D.C.