**ROPES & GRAY**

ROPES & GRAY LLP
ONE METRO CENTER
700 12TH STREET, NW, SUITE 900
WASHINGTON, DC 20005-3948
WWW.ROPESGRAY.COM

August 21, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 8 2013

Mark S. Popofsky
T +1 202 508 4624
F +1 202 383 9377
mark.popofsky@ropesgray.com

**BY FACSIMILE**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: Cablevision Systems Corporation v. Viacom International Inc., 13 CIV 1278 (LTS) (JLC)

Dear Judge Swain:

We represent Plaintiffs Cablevision Systems Corporation and CSC Holdings, LLC (collectively "Cablevision") in the above-referenced action. On behalf of both Cablevision and Defendants Viacom International and Black Entertainment Television LLC ("Viacom"), we write to respectfully suggest that the Court adjourn the initial pretrial conference currently set for September 6, 2013. Pursuant to the schedule endorsed by the Court on May 16, 2013, Defendants will file a motion to dismiss Cablevision's Amended Complaint on August 23, 2013. Briefing on that motion will be completed November 8, 2013. In view of Viacom's motion and the discovery stay agreed upon by the parties as set forth in the Initial Conference Report lodged on May 10, 2013, the parties do not believe it is necessary to hold an initial pretrial conference at this time. The parties accordingly propose that the initial pre-trial conference be adjourned to a date later to be set by the Court. (The parties additionally note that September 6, 2013, the second day of Rosh Hashanah, poses difficulties for Cablevision's counsel on account of the religious holiday.)

*The conference is adjourned to February 28, 2014, at 2:15 pm and the related deadlines are modified accordingly.*

Respectfully,

Mark S. Popofsky

cc: Joseph F. Tringali, Esq.

SO ORDERED.

NEW YORK, NY
Aug 28, 2014

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE