SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502



DIRECT DIAL NUMBER
212-455-3840

E-MAIL ADDRESS
jtringali@stblaw.com

MEMO ENDORSED

BY FACSIMILE

November 5, 2013

Re: *Cablevision Systems Corp. v. Viacom International Inc.*, 13 CIV 1278 (LTS) (JLC)

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Swain:

We represent Viacom International and Black Entertainment Television (collectively, "Viacom") in the above-referenced action. We are writing to request that we be permitted to file a reply brief of fifteen (15) pages in length in support of Viacom's motion to dismiss Cablevision's Amended Complaint. Plaintiffs do not oppose this request.

Viacom and Cablevision each were permitted to file opening and opposition briefs, respectively, of forty (40) pages. Accordingly, a 5-page extension of the page limit for Viacom's reply is reasonable in order to permit Viacom to respond adequately to the issues raised in Cablevision's opposition.

Respectfully,

Joseph F. Tringali

*The page extension request is granted.*

Enclosure

cc: Jerome C. Katz
    Mark S. Popofsky

SO ORDERED:

/s/ 11/5/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES  PALO ALTO  SÃO PAULO  SEOUL  TOKYO  WASHINGTON, D.C.