2013-Nov-18 09:23 PM Ropes & Gray 212-596-9090 2/2
Case 1:13-cv-01278-LTS Document 40 Filed 11/19/13 Page 1 of 1
Case 1:13-cv-01278-LTS Document 39 Filed 11/18/13 Page 1 of 1

**ROPES & GRAY**

ROPES & GRAY LLP
ONE METRO CENTER
700 12th STREET, NW, SUITE 900
WASHINGTON, DC 20005-3948
WWW.ROPESGRAY.COM

November 18, 2013

Mark S. Popofsky
T +1 202 508 4624
F +1 202 383 9377
mark.popofsky@ropesgray.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 19 2013

**BY FACSIMILE AND ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Cablevision Systems Corporation v. Viacom International Inc.*, 13 CIV 1278 (LTS) (JLC)

Dear Judge Swain:

We represent plaintiffs Cablevision Systems Corporation and CSC Holdings, LLC ("Cablevision") in the above captioned matter. Cablevision respectfully seeks leave to submit a sur-reply, not to exceed 3 pages, in further opposition to the motion to dismiss Cablevision's amended complaint filed by defendants Viacom International Inc. and Black Entertainment Television LLC ("Viacom") on August 23, 2013.

Cablevision seeks leave to file a sur-reply because Viacom's reply brief in support of its motion to dismiss advances a contention that, in Cablevision's view, was not sufficiently raised in Viacom's opening brief: Specifically, in its reply brief Viacom argues in the alternative that Cablevision's tying claim should not be subject to *per se* analysis, but rather must be evaluated solely under the rule of reason. Viacom has represented to Cablevision that it does not oppose the leave Cablevision seeks here as long as Cablevision's sur-reply is limited to that issue.

Respectfully,

Mark S. Popofsky

Cc: Joseph F. Tringali, Esq.
Peri L. Zelig, Esq.

The request is granted. The surreply must be filed (and a courtesy copy provided for chambers) by November 27, 2013. SO ORDERED.

11/19/13

LAURA TAYLOR SWAIN, U.S.D.J