UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CABLEVISION SYSTEMS
CORPORATION, et al.,

               Plaintiffs,

    -against-

VIACOM INTERNATIONAL INC., et al.,

               Defendants.

No. 13 Civ. 1278 (LTS)



### ORDER

The Initial Pre-Trial Conference currently scheduled for February 28, 2014 at 2:15 p.m. is hereby re-scheduled to **May 16, 2014 at 10:30 a.m.** in Courtroom 17-C.

    SO ORDERED.

Dated: New York, New York
       February 21, 2014

                                    LAURA TAYLOR SWAIN
                                    United States District Judge