SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER

212-455-3840

E-MAIL ADDRESS

jtringali@stblaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 12 2014

BY FACSIMILE

May 6, 2014

Re: *Cablevision Systems Corp. v. Viacom International Inc.*, 13 CIV 1278 (LTS) (JLC)

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Swain:

We represent Defendants Viacom International and Black Entertainment Television (collectively, "Viacom") in the above-referenced action. On behalf of both Viacom and Plaintiffs Cablevision Systems Corporation and CSC Holdings, LLC ("Cablevision"), we write to request that the Court adjourn the initial pretrial conference currently set for May 16, 2014. In light of the discovery stay agreed upon by the parties in the Initial Conference Report submitted on May 10, 2013 while Viacom's motion to dismiss Cablevision's Amended Complaint is sub judice, the parties do not believe there is a need to hold an initial pretrial conference at this time. The parties respectfully propose that the initial pre-trial conference be adjourned to a later date to be set by the Court.

The conference is adjourned to June 27, 2014, at 10:30 AM.

Respectfully,

SO ORDERED:

/s/ 5/12/14

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Joseph F. Tringali

Enclosure

cc: Jerome C. Katz
Mark S. Popofsky