USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 5 2014

Swain, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CABLEVISION SYSTEMS CORPORATION
and CSC HOLDINGS, LLC,

                        Plaintiffs,

               vs.

VIACOM INTERNATIONAL INC. and BLACK
ENTERTAINMENT TELEVISION LLC,

                        Defendants.
------------------------------------------------------------x

Case No.: 13 CIV 1278 (LTS)(JLC)

**STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT**

## STIPULATION

It is hereby stipulated and agreed by and between the undersigned counsel for the parties in the above-captioned action, subject to approval by the court, as follows:

1. Defendants Viacom International Inc. and Black Entertainment Television LLC (collectively, "Viacom") shall have until and including July 30, 2014 to file an answer to the Amended Complaint in the above-captioned action;

2. By agreeing to this stipulation, the parties do not waive and expressly preserve any and all defenses and claims they may have; and

3. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

IT IS SO STIPULATED:

ROPES & GRAY LLP

BY: _____
JEROME C. KATZ
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000

SIMPSON THACHER & BARTLETT LLP

BY: _____
Joseph F. Tringali
Peri L. Zelig
425 Lexington Avenue
New York, New York 10017

Facsimile: (212) 596-9090

MARK S. POPOFSKY
One Metro Center
700 12th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

*Attorneys for Plaintiffs Cablevision Systems Corporation and CSC Holdings, LLC*

Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys Defendants Viacom International Inc. and Black Entertainment Television LLC*

IT IS SO ORDERED:

DATED: 6/25/14

THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE