SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE

NEW YORK, N.Y. 10017-3954

(212) 455-2000

DIRECT DIAL NUMBER

(212) 455-3840

FACSIMILE: (212) 455-2502

E-MAIL ADDRESS

jtringali@stblaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 1 2014

BY FACSIMILE

July 11, 2014

Re: *Cablevision Systems Corp. v. Viacom International Inc.*, 13 CIV 1278 (LTS) (JLC)

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY  10007

MEMO ENDORSED

Dear Judge Swain:

We represent Defendants Viacom International and Black Entertainment Television (collectively, "Viacom") in the above-referenced action. On behalf of both Viacom and Plaintiffs Cablevision Systems Corporation and CSC Holdings, LLC ("Cablevision"), we write to request that the Court adjourn the initial conference currently set for August 1, 2014 to a date during the week of September 2, 2014 (the parties are available at the Court's discretion September 2–5, 2014). Viacom has informed Cablevision that it will be asserting counterclaims against Cablevision when it files its answer on July 31, 2014. In light of this, in the parties' view, it would be more efficient not to file the Amended Initial Conference Report or to hold the initial conference until after the parties have been able to confer as well regarding the counterclaims.

Respectfully,

Joseph F. Tringali

cc: Jerome C. Katz
    Mark S. Popofsky

*The conference is adjourned to September 5, 2014, at 2:30pm and the related deadlines are modified accordingly.*

SO ORDERED:
7/11/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE