SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-3840



E-MAIL ADDRESS
jtringali@stblaw.com

BY FACSIMILE

July 28, 2014

Re: *Cablevision Systems Corp., et al. v. Viacom Int'l Inc., et al.*,
13 CIV 1278 (LTS) (JLC)

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 9 2014
```

Dear Judge Swain:

    We represent Defendants Viacom International and Black Entertainment Television (collectively, "Viacom") in the above-referenced action. As the Court is aware, Viacom will be serving its answer and counterclaims on July 31, 2014. *See* Dkt. No. 47. As the parties did with plaintiffs Complaint and Amended Complaint, we will need to file it under seal and subsequently file publicly a redacted version.

    In that regard, we request that the Court permit Viacom to file its answer and counterclaims under seal in accordance with this District's Sealed Records Filing Instructions (and the Clerk is directed to accept the filing of Viacom's answer and counterclaims). Additionally, we request that the Court permit Viacom to file no later than, August 8, 2014, a redacted public version of its answer and counterclaims agreed upon by Plaintiffs (and the Clerk is directed to accept this redacted public version for filing and shall place that version of the answer and counterclaims on the public record). Plaintiffs do not oppose either of these requests. Accordingly, Viacom respectfully requests that the Court endorse this letter. *The request is granted, without prejudice to later revisitation of the scope of the redactions upon notice to the parties and an opportunity to be heard.*

Respectfully,

Joseph F. Tringali

**SO ORDERED:**

/s/ Laura Taylor Swain 7/28/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Mark Popofsky, Esq.
Jerome C. Katz, Esq.

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   SEOUL   TOKYO   WASHINGTON, D.C.