Swain,␣J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CABLEVISION SYSTEMS CORPORATION and CSC HOLDINGS, LLC,<br><br>   Plaintiffs,<br><br>-against-<br><br>VIACOM INTERNATIONAL INC. and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>   Defendants. | No. 13 Civ. 1278 (LTS) (JLC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO RESPOND TO COUNTERCLAIMS** |

## STIPULATION

It is hereby stipulated and agreed by and between the undersigned counsel for the parties in the above-captioned action, subject to approval by the Court, the following:

1. Plaintiffs Cablevision Systems Corporation and CSC Holdings, LLC (collectively, "Cablevision") shall have until and including September 26, 2014 to answer or otherwise respond to Defendants' counterclaims.

2. By agreeing to this Stipulation, the parties do not waive and expressly preserve any and all defenses and claims they may have; and

3. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

IT IS SO STIPULATED:

ROPES & GRAY LLP

By: _____
Mark S. Popofsky
700 12th Street, NW
Washington D.C. 20005
Telephone: (202) 508-4600
Facsimile: (202) 383-9377
*Attorneys for Plaintiffs Cablevision Systems Corporation and CSC Holdings, LLC*

SIMPSON THACHER & BARTLETT LLP

By: _____
Joseph F. Tringali
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 596-9090
*Attorneys for Defendants Viacom International Inc. and Black Entertainment Television LLC*

DATED: 8/19/14

/s/ Laura Taylor Swain
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE