```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CABLEVISION SYSTEMS                          :       ORDER SCHEDULING
CORPORATION *et al.*,                        :       SETTLEMENT CONFERENCE
                                             :
                     Plaintiff,              :
                                             :       13-CV-1278 (LTS) (JLC)
         -v-                                 :
                                             :
VIACOM INTERNATIONAL INC. *et al.*,          :
                                             :
                     Defendants.             :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated September 5, 2014 (Dkt. No. 58), Judge Swain referred this case to me for general pretrial supervision. In a scheduling order dated the same day, Judge Swain directed the parties to contact the Court regarding the coordination of settlement discussions to begin no later than September 30, 2015. (Dkt. No. 57). By letter dated September 9, 2014, the parties proposed September 9, 2015 as the date to begin settlement discussions before the Court. (Dkt. No. 59). Accordingly, a settlement conference will be held before me on **September 9, 2015** at 10:00 a.m. in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York. A more detailed order regarding the requirements for the settlement conference will issue closer to that date. Notwithstanding this scheduling order, the Court reserves the right to revisit the timing of settlement discussions with the Court between now and September 2015.

    **SO ORDERED.**

Dated:  New York, New York
        September 9, 2014

                                              _____
                                              JAMES L. COTT
                                              United States Magistrate Judge

USDC SDNY
DATE SCANNED 9/9/14