UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
                                                             :
CABLEVISION SYSTEMS CORPORATION and  :
CSC HOLDINGS, LLC,                                           :
                                                             :
                Plaintiffs,                                  :      Case No. 13 Civ. 1278 (LTS) (JLC)
                                                             :
             - against -                                     :
                                                             :      **<u>NOTICE OF MOTION</u>**
VIACOM INTERNATIONAL INC. and BLACK  :
ENTERTAINMENT TELEVISION LLC,                               :
                                                             :
                Defendants.                                  :
-------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Declaration of Eric Seiler, executed June 30, 2015, and all exhibits thereto, the accompanying Declaration of Rory A. Leraris, executed July 1, 2015, and all exhibits thereto, the accompanying Memorandum of Law, and all prior proceedings herein, Defendants hereby move this Court, before the Honorable James L. Cott, at the United States Courthouse, 500 Pearl Street, New York, NY, for an order pursuant to Federal Rule of Civil Procedure 37(a) compelling Plaintiffs to produce documents pursuant to Defendants' First and Second Sets of Requests for Production of Documents as reflected in the accompanying proposed order and such further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the briefing schedule so ordered by the Court on June 18, 2015, any opposition to this motion shall be served on or before July 16, 2015, and reply papers in further support of this motion shall be served on or before July 28, 2015.

Dated: New York, New York
       July 1, 2015

FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP


_____/s/ Eric Seiler_____
Eric Seiler
Hallie B. Levin
7 Times Square
New York, NY 10036
(212) 833-1100
eseiler@fklaw.com
hlevin@fklaw.com

*Attorneys for Defendants*

To:

Mark Samuel Popofsky, Esq.
Mariel Goetz, Esq.
Ropes & Gray LLP
One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005

Matthew L. McGinnis, Esq.
Elizabeth Julia Smith, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199

Jerome Charles Katz, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Timothy A. Macht, Esq.
Brian David Mogck, Esq.
Walden Macht & Haran LLP
One Broadway, 6th Floor
New York, NY 10166

*Attorneys for Plaintiffs*

2