UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
                                                              :
CABLEVISION SYSTEMS CORPORATION and  :
CSC HOLDINGS, LLC,                                    :
                                                              :
              Plaintiffs,                           :      Case No. 13 Civ. 1278 (LTS) (JLC)
                                                              :
              - against -                            :
                                                              :
VIACOM INTERNATIONAL INC. and BLACK  :
ENTERTAINMENT TELEVISION LLC,              :
                                                              :
              Defendants.                         :
--------------------------------------------------------------x

## [PROPOSED] ORDER

Upon the motion of Defendants Viacom International Inc. and Black Entertainment Television LLC (collectively, "Viacom") for an Order compelling Plaintiff Cablevision Systems Corporation and CSC Holdings, LLC (collectively, "Cablevision") to produce unredacted copies of all non-privileged documents responsive to Viacom's Requests for Production that Cablevision is withholding solely on the ground that contractual confidentiality obligations to third party programming affiliates bar production,

      **IT IS HEREBY ORDERED** that Viacom's Motion to Compel is **GRANTED**; and

      **IT IS FURTHER ORDERED** that Cablevision shall produce unredacted copies of all non-privileged documents responsive to Viacom's Requests for Production that Cablevision is withholding solely on the ground that contractual confidentiality obligations to third party programming affiliates bar production.

Dated: _____                        SO ORDERED:

                                                    _____
                                                    Hon. James L. Cott
                                                    United States Magistrate Judge