UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                      :
CABLEVISION SYSTEMS CORPORATION and  :
CSC HOLDINGS, LLC,                                    :
                                                      :   Case No. 13 Civ. 1278 (LTS) (JLC)
              Plaintiffs,                             :
                                                      :
              - against -                             :
                                                      :
VIACOM INTERNATIONAL INC. and BLACK   :
ENTERTAINMENT TELEVISION LLC,                        :
                                                      :
              Defendants.                             :
------------------------------------------------------------x

**DECLARATION OF ERIC SEILER IN SUPPORT OF DEFENDANTS' MOTION
TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS PURSUANT TO
DEFENDANTS' FIRST AND SECOND SETS OF REQUESTS FOR
PRODUCTION OF DOCUMENTS**

I, Eric Seiler, declare the following:

1.      I am a member of the law firm of Friedman Kaplan Seiler &
Adelman LLP, and I am one of the attorneys representing Defendants Viacom
International Inc. and Black Entertainment Television LLC (collectively, "Viacom") in
the above-captioned action. I am admitted to practice in the Southern District of New
York. I make this declaration in support of Viacom's Motion to Compel Plaintiffs
Cablevision Systems Corporation and CSC Holdings, LLC (collectively, "Cablevision")
to Produce Documents Pursuant to Defendants' First and Second Sets of Requests for
Production of Documents ("Motion to Compel"). I make this declaration on the basis of
my personal knowledge, unless otherwise stated.

2.      Pursuant to Fed. R. Civ. P. 37(a)(1) and Rule II.B.1 of Magistrate
Judge James L. Cott's Individual Practices, I certify that Viacom has made a good faith

effort to confer with counsel for the third parties identified below, who are objecting to Cablevision's production of documents at issue in the Motion to Compel, in an effort to resolve their objections by agreement and avoid court intervention, and has been unable to reach such an agreement with these third parties.

3.      On June 24, 2015 and June 29, 2015, I spoke with Cindy O'Hagan, Vice President and Chief Litigation Counsel of Time Warner, Inc., the parent company of Home Box Office, Inc. ("HBO") and Turner Network Sales, Inc. ("Turner"). I was previously advised that HBO and Turner had raised relevance questions and confidentiality concerns regarding Cablevision's production of documents. We further discussed these concerns during our conversations.

4.      Following our conversation on June 29, 2015, I sent an email to Ms. O'Hagan in which I advised her that the Court had entered a protective order on June 18, 2015 (the "Protective Order"), that Viacom was moving forward with its Motion to Compel and that any third party who decides to move to intervene and oppose that motion would have until July 16, 2015, to do so. I attached to my emails a copy of the Protective Order, along with a copy of the parties' letter to the Court, endorsed by Magistrate Judge Cott, setting forth the briefing schedule for the Motion to Compel. Attached hereto as Exhibit A is a true and complete copy of my email, dated June 29, 2015.

5.      On June 29, 2015, I spoke with John Schmidtlein of Williams & Connolly LLP, counsel for The Walt Disney Company (which is the parent of ABC Cable Networks Group ("ABC") and ESPN Enterprises, Inc. ("ESPN")). I was previously advised that ABC and ESPN had raised relevance questions and

2

3

confidentiality concerns regarding Cablevision's production of documents.  We further discussed these concerns during our conversation.  I also confirmed that Mr. Schmidtlein had previously received the documents that are attached to Exhibit A hereto.

6.      As of the date hereof, none of the third parties discussed in this declaration has withdrawn its objection to Cablevision's production of documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 30, 2015

_____<br>
Eric Seiler

3