UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CABLEVISION SYSTEMS CORPORATION and CSC HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>VIACOM INTERNATIONAL INC. and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Defendants. | Case No. 13 Civ. 1278 (LTS) (JLC) |

---

**A&E TELEVISION NETWORKS, LLC'S, NBCUNIVERSAL MEDIA, LLC'S, AND STERLING ENTERTAINMENT ENTERPRISES, LLC T/A SPORTSNET NEW YORK'S NOTICE OF CONSENT MOTION TO INTERVENE**

---

PLEASE TAKE NOTICE that non-parties A&E Television Networks, LLC ("AETN"), NBCUniversal Media, LLC ("NBCUniversal"), and Sterling Entertainment Enterprises, LLC t/a SportsNet New York ("SNY") move this Court, before the Honorable James L. Cott, at the Daniel Patrick Moynihan United States Courthouse, Room 1360, 500 Pearl Street, New York, NY 10007, for an Order allowing AETN, NBCUniversal and SNY to intervene as of right pursuant to Federal Rule of Civil Procedure 24 for the sole purpose of opposing the Motion to Compel that Viacom International Inc. and Black Entertainment Television, LLC filed on July 1, 2015 (Dkt. No. 96). In support of this Motion, AETN, NBCUniversal, and SNY file (i) the accompanying Memorandum of Law, dated July 23, 2015, and (ii) the Declaration of Cheryl A. Feeley, dated July 23, 2015, which attaches additional declarations in support of this Motion and in support of the proposed Opposition. AETN, NBCUniversal, and SNY ask that the Court grant this Consent Motion and order that the proposed Opposition, filed as an attachment hereto, along

with the Declaration of Cheryl A. Feeley, be considered in resolving the Motion to Compel filed

at Docket 96.

Dated: July 23, 2015                                  Respectfully Submitted,


By:    s/ Cheryl A. Feeley
       Cheryl A. Feeley (CF1441)
       Charles D. Tobin (*Pro hac vice* to be submitted)
       Holland & Knight LLP
       800 17th Street NW, Suite 1100
       Washington, DC 20006
       Tel: (202) 955-3000
       Fax: (202) 955-5564
       cheryl.feeley@hklaw.com
       charles.tobin@hklaw.com

       *Attorneys for A&E Television Networks, LLC,*
       *NBCUniversal Media, LLC, and Sterling*
       *Entertainment Enterprises, LLC t/a SportsNet*
       *New York*

2