UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CABLEVISION SYSTEMS CORPORATION and CSC HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>VIACOM INTERNATIONAL INC. and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Defendants. | Case No. 13 Civ. 1278 (LTS) (JLC)<br><br>**[PROPOSED] ORDER GRANTING CONSENT MOTION TO INTERVENE AS OF RIGHT TO NON-PARTIES A&E TELEVISION NETWORKS, LLC, NBCUNIVERSAL MEDIA, LLC, AND STERLING ENTERTAINMENT ENTERPRISES, LLC T/A SPORTSNET NEW YORK** |

Upon consideration of the Consent Motion To Intervene filed by A&E Television Networks, LLC ("AETN"), NBCUniversal Media, LLC ("NBCUniversal"), and Sterling Entertainment Enterprises, LLC t/a SportsNet New York ("SNY"), IT IS HEREBY

**ORDERED** that AETN's, NBCUniversal's, and SNY's Consent Motion to Intervene is **GRANTED**;

**ORDERED** that AETN, NBCUniversal, and SNY may intervene for the purpose of opposing the Motion to Compel filed by Viacom International Inc. and Black Entertainment Television, LLC on July 1, 2015 at Docket No. 96; and

**ORDERED** that (i) AETN's, NBCUniversal's, and SNY's proposed Opposition to the Motion to Compel, which was filed as an attachment to their Consent Motion to Intervene, and (ii) the Declaration of Cheryl A. Feeley, dated July 23, 2015, and all exhibits thereto, shall be considered in deciding Viacom's Motion to Compel, Docket No. 96.


SO ORDERED

Dated:_____          _____
                                         The Honorable James L. Cott
                                         United States Magistrate Judge