UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CABLEVISION SYSTEMS CORPORATION and
CSC HOLDINGS, LLC,

Plaintiffs,

- against -

VIACOM INTERNATIONAL INC. and BLACK
ENTERTAINMENT TELEVISION LLC,

Defendants.

Case No. 13 Civ. 1278 (LTS) (JLC)

**DECLARATION OF DARCI BAILEY**

I, Darci Bailey, declare as follows:

1.    I provide this declaration in support of (i) A&E Television Networks, LLC's, NBCUniversal Media LLC's, and Sterling Entertainment Enterprises, LLC t/a SportsNet New York's Consent Motion to Intervene; and (ii) A&E Television Networks, LLC's, NBCUniversal Media LLC's, and Sterling Entertainment Enterprises, LLC t/a SportsNet New York's Opposition to Motion to Compel by Viacom International Inc. and Black Entertainment Television LLC, which are being filed contemporaneously herewith. I make this declaration on the basis of my personal knowledge, unless otherwise stated.

2.    I am Vice President & Associate General Counsel at A&E Television Networks, LLC ("AETN"). I have held this position for more than three years. In that role, I have been involved in communications regarding the potential production by Cablevision of AETN's confidential and proprietary information in this litigation.

3.    In late March 2015, Cablevision notified AETN that Cablevision had identified information in its possession that the entities may consider confidential and/or proprietary and that Cablevision intended to disclose such information.

4.      Since that notification, AETN has sought additional detail on the documents to be produced, requested clarification of how its agreements were relevant, and reiterated that the agreements and related communications contain extremely sensitive competitive information.

5.      Specifically, on March 26, 2015, I advised Cablevision that AETN would like to better understand the nature of the dispute between Cablevision and Viacom and why the parties contend that AETN and Cablevision's agreement may be relevant to that dispute.

6.      On March 30, 2015, I discussed AETN's concerns with Cablevision, and the following day requested that Cablevision send the universe of AETN documents that Cablevision had identified as relevant, as well as their anticipated designations pursuant to the protective order. Counsel for Cablevision responded that the process of collection and review was ongoing, but that a list of documents would be provided.

7.      On April 8, 2015, AETN, through its previous outside counsel, formally denied consent to the production of AETN documents and requested immediate notice of the filing of any motion to compel implicating such information. Current outside counsel for AETN has continued communications with both Cablevision and Viacom regarding this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 23, 2015
_____
Darci Bailey

*Vice President & Associate General Counsel at A&E Television Networks, LLC*

2