UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CABLEVISION SYSTEMS CORPORATION and CSC HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> - against - <br><br> VIACOM INTERNATIONAL INC. and BLACK ENTERTAINMENT TELEVISION LLC, <br><br> Defendants. | Case No. 13 Civ. 1278 (LTS) (JLC) |

## DECLARATION OF DAVID ZAGIN

I, David Zagin, declare as follows:

1.      I provide this declaration in support of (i) A&E Television Networks, LLC's, NBCUniversal Media LLC's, and Sterling Entertainment Enterprises, LLC t/a SportsNet New York's Consent Motion to Intervene; and (ii) A&E Television Networks, LLC's, NBCUniversal Media LLC's, and Sterling Entertainment Enterprises, LLC t/a SportsNet New York's Opposition to Motion to Compel by Viacom International Inc. and Black Entertainment Television LLC, which are being filed contemporaneously herewith.  I make this declaration on the basis of my personal knowledge, unless otherwise stated.

2.      I am the President of Distribution for A&E Television Networks, LLC ("AETN"). Previously, I served as Executive Vice President for Distribution and also Senior Vice President for Affiliate Sales & Marketing at AETN.  I have worked at AETN since 1999.

3.      AETN owns and operates several programming networks, including A&E Network, HISTORY, Lifetime, LMN, H2, fyi,, LRW, Military HISTORY, HISTORY en Español, and Crime + Investigation.  In my current role at AETN, I oversee all affiliate sales revenue, domestic distribution, and affiliate marketing for these networks.

4.    My job responsibilities include developing the business strategy for AETN's distribution relationships and also negotiating the agreements between AETN and entities that distribute AETN's programming to consumers (like Cablevision).

5.    It is my understanding that the Motion to Compel filed by Viacom International, Inc. ("Viacom") and Black Entertainment Television LLC ("BET") seeks to compel Cablevision to produce unredacted copies of certain agreements between Cablevision and its affiliate programmers, documents reflecting the terms of those agreements, and documents reflecting the negotiation of those agreements. It is my further understanding that Cablevision and Viacom agreed that Cablevision would only produce those documents that relate to a list of programmers. Cablevision notified AETN that Cablevision had identified information that AETN may consider confidential and/or proprietary and that Cablevision intended to produce such information to Viacom. It is my understanding that Viacom is seeking—and Cablevision will produce upon Court order—agreements executed after January 1, 2008, along with other documents reflecting the terms of those agreements and negotiation of those agreements. It is not clear which specific documents Cablevision intends to produce at this point that implicate AETN's confidential business information.

6.    AETN opposes any disclosure by Cablevision of AETN's proprietary and confidential business information, and AETN believes that it will suffer serious commercial harm should this information be disclosed.

7.    The business of packaging programming into networks and providing to distributors is highly competitive. Because AETN must negotiate separate agreements with numerous distributors, the terms of these negotiations and the affiliation agreements are extremely commercially sensitive.

2

8.    AETN competes with both Viacom and BET. It is my understanding that Viacom distributes programming for the following networks: Nickelodeon, CMT, Nick Jr., TeenNick, Nicktoons, TV Land, Nick at Nite, MTV, VH1, Comedy Central, SPIKE, Logo. Similarly, it is my understanding that Black Entertainment Television, a division of Viacom, distributes programming for the BET and CENTRIC networks.

9.    AETN's distribution agreements are heavily negotiated commercial arrangements. The negotiation of any particular distribution agreement may take months. During the negotiation process, AETN discusses highly competitively sensitive terms, such as the scope of the license to the distributor, permissible technology for distribution, applicable rates, and most-favored-nation obligations.

10.    AETN has negotiated and entered into numerous agreements with Cablevision since January 1, 2008 (the "AETN-Cablevision Agreements"). These agreements contain negotiated and highly sensitive commercial information, including the rates that AETN charges Cablevision for providing programming networks to Cablevision, other economic terms, permitted technologies and system definitions, and length of term. These agreements are confidential, and Cablevision is contractually obligated to maintain the confidentiality of these agreements and the terms of distribution of AETN's services.

11.    Maintaining the confidentiality of its distribution agreements, including the AETN-Cablevision Agreements, is central to AETN's business strategy. To that end, AETN does not publicly release information about pricing rates, terms, or other related economic information. Further, AETN closely guards the confidentiality of its distribution agreements, including the AETN-Cablevision Agreements, by (i) limiting the internal dissemination of the agreements; (ii) including confidentiality language; and (iii) taking steps to protect any and all

3

external dissemination of the agreements. Similarly, AETN's negotiations with its distributor affiliates are maintained in confidence, and AETN's distributor affiliates are expected to maintain the confidentiality of those negotiations.

12.    If the terms of the AETN-Cablevision agreements were revealed to any one of AETN's competitors, including Viacom or BET, the results would be damaging. That programmer would have an unfair advantage in negotiating its own agreements with distributors and would be able to act strategically to price and market its own services. Commercial competitors seeking an advantage could utilize this information to AETN's detriment.

13.    Similarly, if the terms of these agreements were revealed to any other distributor with whom AETN has affiliation agreements, that distributor would have an unfair advantage in future negotiations with AETN. Finally, if the terms of these agreements were revealed to any one of the entities from whom AETN licenses content, AETN would also be at a severe commercial disadvantage. That entity would have insight into how AETN values its networks for purposes of distribution agreements and would use such information to its advantage in future licensing deals.

14.    AETN has serious concerns about the use of this information by direct competitors Viacom and BET as well as the potential public disclosure of such information—in which case other distributors, programmers, and licensees would gain access to the information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 7-22-2015

David Zagin
*President of Distribution for A&E Television Networks, LLC*

4