UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CABLEVISION SYSTEMS CORPORATION and CSC HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>VIACOM INTERNATIONAL INC. and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>Defendants. | Case No. 13 Civ. 1278 (LTS) (JLC) |

## DECLARATION OF KERRY BROCKHAGE

I, Kerry Brockhage, declare as follows:

1.    I provide this declaration in support of (i) A&E Television Networks, LLC's, NBCUniversal Media LLC's, and Sterling Entertainment Enterprises, LLC t/a SportsNet New York's Consent Motion to Intervene; and (ii) A&E Television Networks, LLC's, NBCUniversal Media LLC's, and Sterling Entertainment Enterprises, LLC t/a SportsNet New York's Opposition to Motion to Compel by Viacom International Inc. and Black Entertainment Television LLC, which are being filed contemporaneously herewith. I make this declaration on the basis of my personal knowledge, unless otherwise stated.

2.    I am a Senior Vice President & Chief Counsel, Content Distribution, at NBCUniversal Media, LLC ("NBCUniversal"). I have been an attorney with NBCUniversal Content Distribution since July 2011 and have held my current position since August 2014. From 2003 to July 2011, I served as the Vice President and Senior Vice President Distribution Business & Legal Affairs for Lifetime Entertainment Television/A&E Networks.

3.    Among other businesses, NBCUniversal owns and operates the NBC and Telemundo broadcast television networks; 17 nationally-distributed cable channels (a/k/a, in

industry parlance, linear video programming services), including MSNBC, CNBC, USA and Bravo; 10 NBC and 17 Telemundo owned-and-operated television stations; and seven regional sports networks.

4.     In my current role at NBCUniversal, I am involved in the negotiation of agreements between NBCUniversal and entities, such as Cablevision, that distribute NBCUniversal's linear programming services and owned-and-operated television stations and related on-demand content to consumers. My job responsibilities include providing legal advice related to development of the business strategy for NBCUniversal's distribution relationships and negotiation of the related agreements, along with the drafting of those related agreements.

5.     NBCUniversal has a management services agreement with Sterling Entertainment Enterprises, LLC d/b/a SportsNet New York ("SNY"), whereby NBCUniversal has responsibilities to assist in negotiating SNY's agreements with distributors, including Cablevision. I am involved in the negotiation of agreements between SNY and its distributors and therefore have personal knowledge about SNY's agreements with distributors, including Cablevision.

6.     It is my understanding that the Motion to Compel filed by Viacom International, Inc. ("Viacom") and Black Entertainment Television LLC ("BET") seeks to compel Cablevision to produce unredacted copies of certain agreements between Cablevision and its affiliate programmers, documents reflecting the terms of those agreements, and documents reflecting the negotiation of those agreements. It is my further understanding that Cablevision and Viacom agreed that Cablevision would only produce those documents that relate to a certain group of programmers. Cablevision notified both NBCUniversal and SNY that Cablevision had identified information that NBCUniversal and SNY may consider confidential and/or proprietary and that

2

Cablevision intended to produce such information to Viacom. While Viacom's Motion itself does not indicate that Viacom's demanded production would be limited by date, it appears from the Motion and Viacom's document requests to Cablevision that Viacom is seeking—and Cablevision will produce upon Court order—agreements executed after January 1, 2008, along with other documents reflecting the terms of those agreements and the negotiation of those agreements. It is not clear which specific agreements or related documents Cablevision intends to produce at this point that implicate NBCUniversal's or SNY's confidential business information.

7.    NBCUniversal and SNY oppose any disclosure by Cablevision of NBCUniversal's and SNY's proprietary and confidential business information, and NBCUniversal and SNY believe that they will suffer serious commercial harm should this information be disclosed.

8.    The business of licensing programming networks to distributors is highly competitive. Because NBCUniversal and SNY must negotiate agreements with numerous distributors, the terms of these negotiations and the distribution agreements are extremely commercially sensitive.

9.    NBCUniversal competes with both Viacom and BET. It is my understanding that Viacom distributes the following networks: Nickelodeon, CMT, Nick Jr., TeenNick, Nicktoons, TV Land, Nick at Nite, MTV, VH1, Comedy Central, SPIKE, Logo. Similarly, it is my understanding that Black Entertainment Television, a division of Viacom, distributes the BET and CENTRIC networks.

10.    NBCUniversal's and SNY's distribution agreements are heavily negotiated commercial arrangements. The negotiation of any particular distribution agreement may take

3

months.    During the negotiation process, NBCUniversal and SNY discuss competitively sensitive terms, such as pricing, distribution commitments and other highly proprietary business terms.

11.    NBCUniversal and SNY have negotiated and entered into agreements with Cablevision since January 1, 2008.  These agreements contain heavily negotiated and highly sensitive commercial information, including the rates that NBCUniversal and SNY charge Cablevision for providing programming networks and broadcast stations to Cablevision, carriage provisions, permitted technologies, content covenants, and length of term.  These agreements are confidential, and Cablevision is contractually obligated to maintain the confidentiality of these agreements and the terms of distribution of NBCUniversal's and SNY's services.

12.    Maintaining the confidentiality of its distribution agreements, including the agreements with Cablevision, is central to NBCUniversal's and SNY's respective business strategies.  To that end, NBCUniversal and SNY do not publicly release information about pricing, terms, or other related information.  Further, NBCUniversal and SNY closely guard the confidentiality of these distribution agreements, including the agreements with Cablevision, by (i) limiting the internal dissemination of the agreements; (ii) including confidentiality language and protections in the agreements; and (iii) taking steps to protect any and all external dissemination of the agreements.  Similarly, NBCUniversal's and SNY's negotiations with its distributors are conducted and maintained in confidence, and NBCUniversal's and SNY's distributors are expected to maintain the confidentiality of those negotiations.

13.    Disclosure of the terms of the agreements between Cablevision and NBCUniversal to any of NBCUniversal's competitors, including Viacom or BET, would have significant negative consequences to NBCUniversal.  Disclosure of its terms to competitors

4

would be similarly harmful to SNY. The programmer receiving such highly confidential and proprietary information would have an unfair advantage in negotiating its own agreements with distributors and would be able to use this information in setting pricing and distribution terms for its competing services. Commercial competitors seeking an advantage could utilize this information to NBCUniversal's and SNY's detriment.

14.    Similarly, if the terms of these agreements were revealed to any other distributor with whom NBCUniversal or SNY has distribution agreements, that distributor would have an unfair advantage in future negotiations with NBCUniversal and SNY. Finally, if the terms of these agreements were revealed to any one of the entities from whom NBCUniversal or SNY license content, NBCUniversal and SNY would also be at a severe commercial disadvantage. That entity would have insight into how NBCUniversal and/or SNY values their networks for purposes of distribution agreements and would use such information to its advantage in future licensing deals.

15.    NBCUniversal and SNY have serious concerns about the use of their confidential information by Viacom and BET as well as the potential public disclosure of such information— in which case other distributors, programmers, and licensees would gain access to the information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 7/23/2015

_____
Kerry Brockhage

*Senior Vice President & Chief Counsel,*
*Content Distribution, NBCUniversal Media, LLC*

5