```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Cott, § mag.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CABLEVISION SYSTEMS CORPORATION and
CSC HOLDINGS, LLC,

        Plaintiffs,

- against -

VIACOM INTERNATIONAL INC. and BLACK
ENTERTAINMENT TELEVISION LLC,

        Defendants.

No. 13 Civ. 1278 (LTS) (JLC)

[~~PROPOSED~~] ORDER GRANTING
THIRD-PARTY CONTENT
PROVIDERS' MOTION TO INTERVENE

---

      Upon the motion of proposed intervenors ABC, Inc.; ABC Cable Networks Group; CBS Corporation; Discovery Communications, LLC; ESPN Enterprises, Inc.; ESPN, Inc.; ESPN Classic, Inc.; Fox Cable Network Services, LLC; Fox News Network, LLC; Home Box Office, Inc.; Scripps Network Interactive, Inc.; Turner Broadcasting System, Inc., and Yankees Entertainment and Sports Network, LLC (collectively, the "Third-Party Content Providers") for an Order permitting them to intervene in this action for the purposes of opposing the Motion to Compel Production of Documents filed by Defendants Viacom International Inc. and Black Entertainment Television LLC ("Viacom"),

      **IT IS HEREBY ORDERED** that the Third-Party Content Providers' Motion is **GRANTED** and **IT IS FURTHER ORDERED** that the Court shall consider the Third-Party Content Providers' Opposition to Viacom's Motion to Compel and any additional papers in support thereof.

      **SO ORDERED.**

Dated: July 24, 2015

_____
The Honorable James L. Cott
United States Magistrate Judge