USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 13-CV-1278
DATE FILED: 8/14/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CABLEVISION SYSTEMS
CORPORATION *et al.*,

              Plaintiffs,

    -v-

VIACOM INTERNATIONAL INC. *et al.*,

              Defendants.
------------------------------------------------------------X

**ORDER**

13-CV-1278 (LTS) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    The Court will hold oral argument on Viacom's Motion to Compel (Dkt. No. 96) and Cablevision's Motion to Compel (Dkt. No. 99) on September 11, 2015 at 3 p.m. in courtroom 21-D, 500 Pearl Street, New York, NY. Counsel for the third-party intervenors, who have filed opposition papers to Viacom's motion, may participate in the argument.

    The Court is also available for argument on September 2, 2015 at 3 p.m. but assumes at least some counsel will not be available during the week before Labor Day. If, however, counsel would prefer to have the argument scheduled on September 2, they should write to the Court no later than August 21, 2015 and we will reschedule to September 2. If the Court has not heard

from counsel, the Court will assume that counsel will be available to proceed on September 11, 2015, which is the Court's earliest available date after September 2.

**SO ORDERED.**

Dated: New York, New York
August 14, 2015

                                            JAMES L. COTT
                                            United States Magistrate Judge