UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CABLEVISION SYSTEMS CORPORATION and CSC HOLDINGS, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　-against-<br><br>VIACOM INTERNATIONAL INC. and BLACK ENTERTAINMENT TELEVISION LLC,<br><br>　　　　　　Defendants. | No. 13 Civ. 1278 (LTS) (JLC)<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING LITIGATION FOR 45 DAYS** |

　　　　The parties hereto, through their respective counsel of record, hereby stipulate and agree as follows:

　　　　1.　　The above-captioned litigation shall be stayed for 45 days.

　　　　2.　　On or before November 13, 2015, the parties shall either submit a proposed amended pretrial schedule for the Court's consideration or otherwise seek an additional stay for good cause shown.

　　　　3.　　Except as expressly stated herein, all rights and defenses of all parties hereto are expressly preserved.

STIPULATED TO AND AGREED:

September 28, 2015

ROPES & GRAY LLP
*Attorneys for Plaintiffs Cablevision Systems Corporation and CSC Holdings, LLC*

*/s/ Jerome C. Katz*
Jerome C. Katz
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Mark S. Popofsky (*Pro Hac Vice*)
Mariel Goetz (*Pro Hac Vice*)
David A. Young (*Pro Hac Vice*)
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Matthew L. McGinnis (*Pro Hac Vice*)
Elizabeth J. Smith (*Pro Hac Vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199

CRAVATH, SWAINE & MOORE LLP
*Attorneys for Defendants Viacom International Inc. and Black Entertainment Television LLC*

*/s/ Kevin J. Orsini (mLm)*
Evan R. Chesler
Peter T. Barbur
Kevin J. Orsini
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

**IT IS SO ORDERED:**

DATED: September 28, 2015

*/s/ James L. Cott*
U.S.M.J.